UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ALEXANDER GIL,**

    **Plaintiff,**

v.               Case No: 8:23-cv-845-MSS-JSS

**CLARITY SERVICES, INC.,**

    **Defendant.**

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

  Upon consideration of the Notice of Dismissal With Prejudice, (Dkt. 14), and pursuant to Fed. R. Civ. P. 41, it is hereby

  **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs associated with this matter. The Clerk is directed to terminate any pending motions and **CLOSE** this case.

  **DONE** and **ORDERED** in Tampa, Florida, this 3rd day of August 2023.

*[Signature]*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party